■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME MAXWELL, Appellant. [654 NYS2d 600] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Spires, J.), rendered August 23, 1995, convicting him of tampering with a witness in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Bracken, J. P., Ritter, Santucci and Altman, JJ., concur.